ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 25 2024

KEVIN P. WEIMER, Clerk
By _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAVARES STONE | Criminal Indictment<br><br>No. 1:24CR-0213 |

THE GRAND JURY CHARGES THAT:

On or about May 28, 2024, in the Northern District of Georgia, the defendant, JAVARES STONE, did knowingly possess a machinegun, as defined in Title 18, United States Code, Section 921(a)(24) and Title 26, United States Code, Section 5845(b), that is, an American Tactical Imports, Omni Hybrid, 300 Black out, affixed with a drop-in auto sear, a part designed and intended solely and exclusively to convert a weapon into a machinegun, in violation of Title 18, United States Code, Section 922(o).

**Forfeiture Provision**

Upon conviction of the offense alleged in this Indictment, the defendant, JAVARES STONE, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in the commission of the offense.

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty,

the United States intends, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

A _true_ BILL

FOREPERSON

RYAN K. BUCHANAN
*United States Attorney*

*J. A. Favors*
JAMIL A. FAVORS
 *Assistant United States Attorney*
Georgia Bar No. 549881

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181